THE PEOPLE OF THE STATE OF NEW YORK ex rel. ST. GEORGE HARVEY,· for a Peremptory Writ of Mandamus against EDWIN DUFFEY, Commissioner of Highways of the State of New York.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD NALLY Respondent, v. HERBERT S. SISSON, State Commissioner of Excise of the State of New York, and JOHN P. McNAB, Special Deputy Commissioner of Excise for the County of Albany, New York, Appellants.— Motion denied.

VINCENZO RIZZI, Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion denied.

ELISHA L. REYNOLDS, Respondent, v. JENOVENE WEBB and THE PEOPLE'S NATIONAL BANK OF SIDNEY, N. Y., Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

ALICE EUGENIA WEED and Another, Respondents, v. ORVILLE WHITE and Others, Appellants.— Motion denied.

---

# FOURTH DEPARTMENT, MARCH, 1918.

CLARK PAPER AND MANUFACTURING COMPANY, Respondent, v. EDWARD
D. STENACHER, Appellant.

PER CURIAM: We are of the opinion that an injunction restraining the defendant from soliciting orders for the George Irish Paper Company, from such customers as plaintiff sold paper to while defendant was in its employ and restraining him from communicating to the George Irish Paper Company, or any other competitor of the plaintiff in the State of New York, the methods or processes of plaintiff's business or the names of its customers, is all the protection the plaintiff is entitled to by temporary injunction. All concurred.    Injunction order modified in accordance with per curiam memorandum, without costs on this appeal to either party.

---

ABBY J. PUTNAM, Appellant, v. THOMAS J. BROWN and Others, Respondents.

PER CURIAM: We are of the opinion that the evidence does not establish that Goodier had authority to receive the payment of $100 and interest made upon the mortgage, but under the circumstances we think the judgment should not be modified by disallowing payment, but that the case should be sent back for a new trial, as there may be other circumstances which may finally establish his authority. All concurred. Judgment reversed and new trial granted, with costs to appellant to abide event.